*E-Filed 3/4/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DERRICK STEED, | No. C 12-5416 RS (PR) |
|     Plaintiff, | **ORDER OF TRANSFER** |
|     v. | |
| T. KING, et al., | |
|     Defendants. | |

Plaintiff alleges violations of his constitutional rights by state officials at the California Men's Colony in San Luis Obispo, which is in San Luis Obispo County. A substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in San Luis Obispo County, which lies within the venue of the Central District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Central District. *See id.* § 1391(b). Accordingly, in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Central District of California. The Clerk shall transfer this action forthwith. The order of service (Docket No. 5) is hereby VACATED, and the parties are relieved of the burdens that order imposed.

**IT IS SO ORDERED**.

DATED: March 4, 2013

                                          RICHARD SEEBORG
                                       United States District Judge