O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DERRICK D. STEED, | ) | Case No. CV 13-1592-AHS (OP) |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) ) | |
| T. KING, et al., | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1   IT IS THEREFORE ORDERED that Judgment be entered: (1) accepting this Report and Recommendation; (2) granting Defendants' Motion to Dismiss the Second Amended Complaint; and (3) directing that judgment be entered dismissing the Second Amended Complaint with prejudice.

DATED: April 9, 2014

ALICEMARIE H. STOTLER
_____
HONORABLE ALICEMARIE H. STOTLER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge