JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK D. STEED, | Case No. CV13-1592-AHS (OP) |
| Plaintiff, | JUDGMENT |
| vs. | |
| T. KING, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

```
 1        IT IS ADJUDGED that the Second Amended Complaint is dismissed with
 2   prejudice.
 3
 4                                        ALICEMARIE H. STOTLER
     DATED:  April 9, 2014          _____
 5                                   HONORABLE ALICEMARIE H. STOTLER
                                     United States District Judge
 6
 7
 8   Prepared by:
 9
10   [signature]
     _____
11   HONORABLE OSWALD PARADA
     United States Magistrate Judge
12
```